RECEIVED
APR 17 2013
CHAMBERS OF
COLLEEN McMAHON

# THE HARMAN FIRM, PC

ATTORNEYS & COUNSELORS AT LAW

200 WEST 57th STREET, SUITE 900, NEW YORK, NY 10019

TELEPHONE 212 425 2600    FAX 212 202 3926

WWW.THEHARMANFIRM.COM

USDS SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE FILED: 4/19/13

April 17, 2013

**VIA FACSIMILE (212) 805-6326**
Hon. Colleen McMahon
United States District Court for the
  Southern District of New York
500 Pearl Street, Room 1350
New York, New York 10007

*He can be present*

Colleen McMahon
4/18/13

Re:    *Allen v. UCP of NYC et al.,* 11 CV 8057 (CM)(KNF) (S.D.N.Y.)

Dear Judge McMahon:    # MEMO ENDORSED

As you are aware, we represent the Plaintiff in the above-referenced matter for which the parties appeared for a Final Pre-Trial Conference last week, and which is to be tried beginning next Monday, April 22.

We write regarding Peter J. Andrews, who is of counsel to this firm, and who is very familiar with this case, having contributed significantly to its briefing.

While we are aware of Your Honor's requirements regarding attendance at the Final Pre-Trial Conference ("FPTC"), Mr. Andrews was called to a Court-ordered deposition after the scheduling of the FPTC, which prevented him from attending.

However, we do anticipate a need for Mr. Andrews's involvement in this trial. As lead counsel, as was evident at the FPTC, I will be responsible for the lion's share of trial. Nevertheless, in an abundance of caution, and in the event that Mr. Andrews, for whatever reason, needs to handle an isolated trial-related issue, we respectfully request formal permission that he be permitted to be present as part of Plaintiff's trial team.

We thank the Court for its time and attention to this matter.

Respectfully submitted,
THE HARMAN FIRM, PC

s/
Walker G. Harman, Jr. [WH-8044]

cc:    Sean H. Close, Esq. (via email, sclose@putneylaw.com)
      Adriana S. Kosovych, Esq. (via email, akosovych@putneylaw.com)
      Peter J. Andrews (via email, pandrews@theharmanfirm.com)