

**THE HARMAN FIRM, PC**
ATTORNEYS & COUNSELORS AT LAW

200 WEST 57th STREET, SUITE 900, NEW YORK, NY 10019
TELEPHONE 212 425 2600   FAX 212 202 3926
WWW.THEHARMANFIRM.COM

**MEMO ENDORSED**

April 18, 2013

**VIA FACSIMILE (212) 805-6326**
Hon. Colleen McMahon
United States District Court for the
Southern District of New York
500 Pearl Street, Room 1350
New York, New York 10007

Re: *Allen v. UCP of NYC et al.*, 11 CV 8057 (CM)(KNF) (S.D.N.Y.)

Dear Judge McMahon:

*[Handwritten endorsement:]* I told you — the entry. They are not come in. Are there particular interrogatories you want in as admissions? [signed] 4/19/13

As you are aware, we represent Plaintiff Shameekia Allen in the above-referenced matter.

We are writing to respectfully request that the Court reconsider the exclusion of Plaintiff's Exhibit 60 (*Defendants' Response to Plaintiff's First Set of Interrogatories* dated May 30, 2012).

Plaintiff respectfully requests Your Honor's reconsideration especially in light of:

(i) The inclusion of Plaintiff's responses to Defendants' interrogatories (Defendants' Exhibits 5 and 31); as well as

(ii) The inclusion of Plaintiff's Exhibit 70, which, although does not exist (as Defendants did not supplement their May 30, 2012 response), was inadvertently included as *Defendants' Responses to Interrogatories*, and which were allowed with the caveat that "specifically identified portions may be admitted as party admission." *See Final Pre-Trial Order*, § VI at 23–24.

We thank the Court for its time and consideration.

Respectfully submitted,
THE HARMAN FIRM, PC

s/
Walker G. Harman, Jr. [WH-8044]

cc: Sean H. Close, Esq. (via email, sclose@putneylaw.com)
Adriana S. Kosovych, Esq. (via email, akosovych@putneylaw.com)
Peter J. Andrews (via email, pandrews@theharmanfirm.com)